Civil Action No. 1:15-cv-08085

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Toy Quest Limited

was received by me on *(date)* 10/16/2015 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: The summons was mailed on 10/16/2015 by United States Postal Service Registered Mail directly to Toy Quest Limited pursuant to Article 10(a) of the Hague Convention. The summons was recieved on November 2, 2015, as reflected on the attached Return Receipt for International Mail.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/18/2015

[signature]
*Server's signature*

Wendy E. Miller
*Printed name and title*

Cooper & Dunham LLP
30 Rockefeller Plaza
New York, NY 10112
*Server's address*

Additional information regarding attempted service, etc: