UNITED STATES POSTAL SERVICE®

# Return Receipt for International Mail

*(Registered™, Insured and Express Mail®)*

*Administration des Postes des Etats-Unis d'Amérique*

**Par Avion**

Postmark of the office returning the receipt *Timbre du bureau renvoyant l'avis*

Return by the quickest route *(air or surface mail)*, a découvert and postage free.

*A renvoyer par la voie la plus rapide (aérienne ou de surfacè), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*

Wendy E. Miller Dkt 1583-87253

Cooper & Dunham LLP

Street and Number *(Rue et no.)*

30 Rockefeller Plaza

City, State, and ZIP + 4® *(Localitié et code postal)*

New York, New York 10112

UNITED STATES OF AMERICA Etats-Unis d'Amérique

PS Form **2865,** March 2007 ***Avis de réception*** **CN07** *(Old C5)*

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

| Item Description *(Nature de l'envoi)* | ☐ Registered Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Express Mail International |
|---|---|---|---|---|---|

| ☐ Insured Parcel *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | Article Number: RE 802 671 796 US |
|---|---|---|

Office of Mailing *(Bureau de dépôt)*
**Toy Quest Limited**

Date of Posting *(Date de dépôt)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
**8/F HK Spinners Indl. Bldg.**

Street and No. *(Rue et No.)*
**Cheung Sha Wan Road**

Place and Country *(Localité et pays)*
**Kowloon, Hong Kong**

HONG KONG 2 11 15

*Completed at destination. (A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

Postmark of the office of destination *(Timbre du bureau de destination)*

MANLEY TOYS
ADM

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*